# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CHRISTINA MCCAMEY**                                                        **PLAINTIFF**

**VS.**                  **No. 3:23-cv-00164 JM/PSH**

**MARTIN O'MALLEY[1], Commissioner,**
    **Social Security Administration**                                **DEFENDANT**

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge James M. Moody, Jr. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court Clerk within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

---

[1] Martin O'Malley, the newly appointed Commissioner of the Social Security Administration, should be substituted as the defendant. Fed.R.Civ.P. 25(d).

## DISPOSITION

Defendant Martin O'Malley ("O'Malley"), in his unopposed motion for voluntary remand (Doc. No. 8), requests that this case be reversed and remanded for further administrative proceedings. For good cause shown, the Court recommends that the motion be granted. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 22nd day of January, 2024.

_____
UNITED STATES MAGISTRATE JUDGE