# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CHRISTINA MCCAMEY**                                                                     **PLAINTIFF**

**VS.**                       **CASE NO. 3:23-CV-00164 JM/PSH**

**MARTIN O'MALLEY, Commissioner,**
   **Social Security Administration**                                     **DEFENDANT**

## ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge Patricia S. Harris. No objections have been filed. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The unopposed motion to remand (ECF No. 8) is GRANTED.

IT IS SO ORDERED this <u>24th</u> day of <u>January</u> 2024.

_____
UNITED STATES DISTRICT JUDGE