# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**CHRISTINA MCCAMEY**                                             **PLAINTIFF**

**VS.**                 **CASE NO. 3:23-CV-00164 JM/PSH**

**MARTIN O'MALLEY, Commissioner,**
   **Social Security Administration**                               **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter this date, this case is remanded for further proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this  24th  day of  January 2024.

_____
UNITED STATES DISTRICT JUDGE