**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**CHRISTINA MCCAMEY**                                             **PLAINTIFF**

**V.**                              **3:23CV00164 JM**

**MARTIN O'MALLEY,**
**COMMISSIONER, SOCIAL**
**SECURITY ADMINISTRATION**                              **DEFENDANT**

**ORDER**

Plaintiff has filed a motion for attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 (ECF No. 13). Plaintiff seeks an EAJA award of $7,289.68 for attorney's fees.

Under the EAJA, a prevailing social security claimant is entitled to an award of reasonable attorney's fees and expenses unless the Commissioner's position in denying benefits was "substantially justified" or special circumstances make an award unjust. 28 U.S.C. § 2412(d)(1)(A). A claimant who wins a sentence-four remand order, such as the one entered in this case (ECF No. 11), is a prevailing party entitled to EAJA fees. *Shalala v. Schaefer*, 509 U.S. 292, 302 (1993).

The Commissioner does not contest Plaintiff's entitlement to an award of attorney's fees and expenses under the EAJA. The Court finds the hourly rate of $244.62 per hour for 29.8 compensable hours and $8.80 in expenses to be reasonable.

Accordingly, it is hereby ORDERED,

(1)   That Plaintiff's motion for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (ECF No. 13) is GRANTED;

(2)   That Plaintiff's attorney is entitled to an attorney's fee in the amount of $7,289.68

and costs of $8.80 for a total of $7,298.48 all pursuant to the EAJA;

(3)   That the Commissioner is directed to pay to Plaintiff the amount awarded pursuant

to the EAJA, and;

(4)   The original petition for fees (ECF No. 12) is MOOT.

IT IS SO ORDERED this 22nd day of February, 2024.

_____
James M. Moody Jr.
United States District Judge